Charles Talbert
No. QA-4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

United States District Court
Middle District of Pennsylvania

July 1, 2021

Charles Talbert          No.
       vs.               Plaintiff's Emergency Preliminary Injunction Motion
John Wetzel, et al.      With Request For Temporary Restraining Order

Plaintiff, Charles Talbert, hereby moves this Honorable Court for an Order granting him an emergency preliminary injunction and temporary restraining order to protect him from his inhumane conditions of confinement that has, and continues, to cause him actual and imminent irreparable harm physically, mentally, and financially. Plaintiff, thus, relies upon his accompanying brief, and kindly requests this Court to assign a timely date for the parties to engage in oral argument.

Respectfully submitted,

Charles Talbert

FILED
SCRANTON
JUL 13 2021
PER _____
DEPUTY CLERK



Charles Talbert
QA-4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

LEGAL

RECEIVED
SCRANTON
JUL 13 2021
PER_____
DEPUTY CLERK

RECEIVED
SCRANTON
JUL 13 2021
PER_____
DEPUTY CLERK

USMS X-RAY

7019 1120 0002 0121 5477

TO:
Office of the Clerk
United States District Court
Middle District of PA.
William J. Nealon Fed. Bldg
And U.S. Courthouse
235 N. Washington Ave.
Scranton, Pennsylvania 18501-1148

Inmate mail

US POSTAGE PITNEY BOWES
ZIP 18612 $ 008.45°
02 4W
0000356685 JUL 09 2021