FILED
SCRANTON

JUL 13 2021

PER _____ July 1, 2021

DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Charles Talbert          No.

vs.                          Plaintiffs Brief In Support of His Emergency Motion For

John Wetzel, et al.    Preliminary Injunction And Temporary Restraining Order

## Standard of Review:

"In order for a prisoner to get a preliminary injunction, he must show:
(1) you are likely to show at trial that Defendants violated your
rights; (2) you are likely to suffer irreparable harm if you do
not receive a preliminary injunction; (3) the threat of harm you
face is greater than the harm the prison officials will face if you
get a preliminary injunction; and (4) a preliminary injunction
will serve the public interest." Lewis v. Casey, 518 U.S. 343 (1996);
O'Shea v. Littleton, 414 U.S. 488 (1974); Younger v. Harris, 401 U.S. 37 (1971).

## Relief Requested:

As the complaint states, Plaintiff suffers from various forms of
serious mental health illnesses, serious medical conditions, and he
has also been on a hunger strike now since June 4, 2021. Also,
Plaintiff has, and continues to be retaliated against for filing
other lawsuits in State Court; is, and continues to be oppressed,
harassed, threatened, and having his property and legal materials
unlawfully stolen, and his incoming mail taken illegally. He's
in solitary confinement where his physical and mental health
has deteriorated to the point of acquiring psychosis. As a
result, Plaintiff is, and will continue to suffer irreparable
harm unless this Honorable Court grants the following relief:

A. enjoin, restrain, and otherwise prevent Defendants, and all those Acting in concert and participation with them from:

(i) confining Plaintiff in prolonged isolation confinement without adequate mental health services, activities, and programs.

(ii) confining Plaintiff in prolonged isolation confinement without stimuli such as television, for therapeutic purposes in aid of his mental health.

(iii) confining Plaining in prolonged isolation confinement without food from the commissary vendor to get off of hunger strike.

(iv) retaliating, oppressing, intimidating, abusing, harassing, and/or, threatening Plaintiff.

(v) depriving Plaintiff all of his mail and publications.

(vi) depriving Plaintiff of his legal and personal property without justification.

(vii) depriving Plaintiff adequate mental health and medical treatment.

B. directing the Defendants to send Plaintiff to Geisinger Hospital to have his lungs and heart fully evaluated, diagnosed, and treated from the effects of Covid19.

Conclusion:

For the reasons set forth, Plaintiff respectfully requests for the Court to set a timely hearing for oral argument, and to grant the requested relief.

Respectfully submitted,

Charles T Albert

July 1, 2021



Charles Talbert
QA-4727
SCI. Dallas
1000 Follies Road
Dallas. PA. 18612

RECEIVED
SCRANTON
JUL 13 2021
PER
DEPUTY CLERK

LEGAL

RECEIVED
SCRANTON
JUL 13 2021
PER
DEPUTY CLERK

USMS X-RAY

7019 1120 0002 0121 5477

TO:
Office of the Clerk
United States District Court
Middle District of PA.
William J. Nealen Fed. Bldg
And U.S. Courthouse
235 N. Washington Ave.
Scranton, Pennsylvania 18501-
1148

Inmate mail

US POSTAGE PITNEY BOWES

ZIP 18612   $ 008.45°
02 4W
0000356685 JUL 09 2021