

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

July 13, 2021

Charles Talbert
Reg. No. QA-4727
SCI-Dallas
**SPECIAL MAIL-OPEN ONLY
IN PRESENCE OF INMATE**
1000 Follies Road
Dallas, PA  18612

      RE:    *Talbert v. Wetzel, et al*
               **Civil Action No.  3:21-CV-1231**

Dear Mr. Talbert:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has been forwarded to the court for consideration. If you have not filed the proper application to proceed *in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together with the forms. Upon receipt of the **COMPLETED** AND **SIGNED** forms, your case will then be forwarded to the Court for consideration.

**Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff/petitioner changes his or her address while the lawsuit is being litigated, the plaintiff/petitioner shall immediately inform the court of the change in writing.**

                              Sincerely,

                              **PETER J. WELSH**
                              <u>**Clerk of Court**</u>

                              By:<u>LP</u>
                                  Pro Se Legal Assistant

[   ]  Petition for Writ of Habeas Corpus        [ X ]  Complaint

[   ]  Transfer                                        [   ]  Other

Enclosed:    Notice of Consent to Proceed Before a Magistrate Judge