Charles Talbert
No. QA-4727
SCI. Dallas
1000 Follies Road
Dallas, Pa. 18612

3:21 cv 1231

July 14, 2021

Clerk of Court
U.S. Courthouse
235 N. Washington Ave.
Scranton, Pa. 18501-1148

FILED
SCRANTON
JUL 19 2021
PER _____
DEPUTY CLERK

Re: Talbert v. Wetzel, et al.
    Request for Update

Dear Clerk of Court:

Can you kindly send me an update on this civil case sent to your office with filing fees on June 1, 2021, captioned "Talbert v. Wetzel, et al. Thank you very much!

Yours Truly,
Charles Talbert

Judicial Notice:
Plaintiff Never Received Notice of Filing



Charles Talbert
QA-4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

LEGAL

LEHIGH VALLEY PA 180
16 JUL 2021 PM 3

TO: Clerk of Court
U.S. Courthouse - Middle District
235 N. Washington Avenue
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
JUL 19 2021
PER _____ DEPUTY CLERK

18501-500199

"Inmate Mail - PA DEPT. OF CORRECTIONS"