UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| **Plaintiff** | :    CIVIL ACTION NO. 3:21-1231 |
| | : |
| v. | :    (JUDGE MANNION) |
| | : |
| JOHN WETZEL, *et al.*, | : |
| **Defendants** | : |

### ORDER

Upon consideration of the full filing fee having been paid in the above captioned action, **IT IS ORDERED THAT:**

1. The Complaint (Doc. 1) is **DEEMED** filed.

2. In accordance with Fed.R.Civ.P. 4(c)(3), the United States Marshal is directed to serve the Plaintiff's complaint, (Doc. 1) on the Defendants named therein.

3. If service is unable to be completed due to Plaintiff's failure to properly name the Defendants, or provide an accurate mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 4(m).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: July 26, 2021
21-1231-01