Charles Talbert  
No. QA-4727  
SCI. Dallas  
1000 Follies Road  
Dallas, Pa. 18612

United States District Court  
Middle District of Pennsylvania

July 28, 2021

FILED SCRANTON AUG 02 2021 PER DEPUTY CLERK

Charles Talbert     No. 21-1231  
           v.  
John Wetzel, et al.    Request For Update of Case

Plaintiff, Charles Talbert, hereby respectfully requests for this Honorable Court to kindly provide him with an update of the above captioned civil matter from July 19, 2021 and beyond. Plaintiff is seeking to know if all of his filings are being sent out, lawfully by the DOC, or being kept and destroyed illegally, in retaliation of this lawsuit. Thank You!

Respectfully submitted,

Charles Talbert



Charles Talbert
QA4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

LEGAL MAIL

RECEIVED
SCRANTON
AUG 02 2021
PER ___
DEPUTY CLERK

TO:
Office of the Clerk
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA. 18501-1148

LEHIGH VALLEY PA 180
29 JUL 2021 PM 2 L

18501-114848

"Legal Mail" "PA DEPT OF CORRECTIONS"