Charles Talbert
No. QA-4727
SCI. Dallas
1000 Follies Road
Dallas, Pa. 18612

FILED
SCRANTON

AUG 0 6 2021

Per _____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Charles Talbert    No. 21-1231
     vs.           Honorable Judge Mannion
John Wetzel, et al.   Motion To Appoint Counsel

I, Plaintiff Charles Talbert, hereby motions this Court for an order appointing me counsel in the above captioned civil matter for the following reasons:

1. Certain issues are complex to which may involve the need of an experienced attorney.
2. Depositions, and cross-examining witnesses, may be more effective with counsel.
3. Counsel may be more effective at pursuing discovery and obtaining expert witnesses.

I verify under penalty of perjury that the foregoing is true and correct.

August 2, 2021                    Charles Talbert



Charles Talbert
QA.4787
SCI Dallas
1000 Follies Road
Dallas, PA. 18612
(1981)

LEHIGH VALLEY PA 180
4 AUG 2021 PM 2

To: Office of the Clerk
U.S. Courthouse
235 N. Washington Ave
P.O. Box 1148
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
AUG 06 2021
PER_____ DEPUTY CLERK

LEGAL

"Inmate Mail - PA DEPT OF CORRECTIONS"

18501-114848