Charles Talbert
QA.4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

FILED
SCRANTON
AUG 13 2021
Per_____
DEPUTY CLERK

United States District Court
Middle District of Pennsylvania

Charles Talbert         No. 21-1231
   vs.
John Wetzel, et al.    Motion For Extraordinary Relief

Plaintiff, Charles Talbert, hereby seeks extraordinary relief from this Honorable Court in the form of:

1. Appointing a court stenographer for Plaintiff to pay in order to do depositions in this case.

2. Appointing an expert (medical and mental health professional) for Plaintiff to pay in order to give an expert report in this case.

3. Plaintiff has the funds to pay for depositions and experts, yet, due to his incarceration, and him reaching out to experts and court reporters, to no avail, it is required for the Court to establish these procedures for him.

Respectfully submitted,
Charles Talbert



Charles Talbert
QA4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

LEGAL

To: Honorable Judge Mannion
U.S. Courthouse
235 N. Washington Ave
Scranton, PA. 18501

16501-500199

LEHIGH VALLEY PA 180
10 AUG 2021 PM 3

RECEIVED
SCRANTON
AUG 13 2021
PER _____

"PRIORITY CLEAR MARK
Inmate Mail PA DEPT. OF CORRECTIONS"