Charles Talbert
No. QA.4727
SCI. DALLAS
1000 Follies Road
Dallas, PA. 18612

August 10, 2021

FILED
SCRANTON

AUG 16 2021

PER _____
DEPUTY CLERK

Office of the Clerk
U.S. Courthouse
235 N. Washington Avenue
Scranton, Pennsylvania 18501

Re: Document Requests

Dear Clerk of Court:

Can you please send me:
1. Ten (10) Subpoena's For Documents; and
2. Ten (10) Subpoena's For Depositions.

These documents are requested in aid of Talbert v. Wetzel, et al, No. 21-1231.
Thank You!

Yours Truly,

Charles Talbert

Charles Talbert
QA4727
SCI. Dallas
1000 Follies Road
Dallas, PA. 18612

LEGAL

PER
[signature]
DEPUTY CLERK

RECEIVED
SCRANTON
AUG 16 2021

To: Office of the Clerk
U.S. Courthouse
235 N. Washington Ave.
Scranton, PA. 18501

18501$0001 C770

"Inmate Mail - PA DEPT. OF CORRECTIONS"