United States District Court for the Middle District of Pennsylvania

Charles Talbert         No. 21-1231
    vs.                 Honorable Judge Mannion
John Wetzel, et al.     Plaintiff's Motion To Amend

FILED
SCRANTON
SEP 15 2021
PER _____ DEPUTY CLERK

Plaintiff, Charles Talbert, moves this Honorable Court for permission to amend his complaint for the following reasons:

1. To add defendants: Department of Corrections, Lt. Hutchinson, Lt. Franklin, Sgt. Bilesta, Sgt. Everett, Of. Garcia, Of. Jones, Of. Silva, Of. Zagata, Of. Sims, Of. Donahue, Of. Shook, and Geisinger. The facts of the original complaint are basically the same, yet, other conditions of confinement were not mentioned due to lack of names.

2. To correct Defendant Adam Glushakow's place of employment. He does not work at SCI-Camp Hill. He works at SCI-Phoenix.

3. To add the DOC as an "entity" in respect to Plaintiff's "TitleII of the Americans with Disabilities Act" claims.

The Amendment is also to provide better detail on claims as in dates, etc, and to avoid amendment later on foreseeable motion to dismiss arguments. Attached hereto is the proposed amended complaint.

Respectfully submitted,
Charles Talbert

Charles Talbert
No. QA4727
SCI Camp Hill
PO Box 8837
2500 Lisburn Road
Camp Hill, PA. 17001                     September 10, 2021

U.S. Clerk of Court
U.S. Courthouse
Middle District
235 N. Washington Ave.
Scranton, PA. 18501

Re: Talbert v. Wetzel, et al, No. 21-cv-1231
    Amended Complaint

Dear Clerk of Court:

Enclosed herein, please find a true copy of my:
    1. Motion To Amend
    2. Amended Complaint w Supplemental Summons
Please note my new address above herein. Thanks!

                        Yours Truly,
                        Charles Talbert

United States District Court for the Middle District of Pennsylvania

Charles Talbert
v.
Department of Corrections; John Wetzel; Christopher Oppman; Tabb Bickell; Tammy Ferguson; Keven Ransom; Jason Babinski; Michael Goyne; Lt. Hutchinson; Lt. Franklin; Sgt. Bilesta; Sgt. Everett; Of. Garcia; Of. Jones; Of. Silva; Of. Zagata; Of. Maciejczak; Of. Sims; Of. Donahue; Of. Shook; Susan Kazminski; William Midlich; Giselle Malet; Lea Martin; Wellpath; George Dominicis; Scott Prince; Centurion Medical; Erick Weinstein; Adam Glushakow; Gina Harrison; Geisinger.

No. 21-1231

Summons

To Said Defendants:

1. Department of Corrections, 1920 Technology Pkwy, Mechanicsburg, PA. 17050.

2. Lt. Hutchinson, Lt. Franklin, Sgt. Bilesta, Sgt. Everett, Of. Garcia, Of. Jones, Of. Silva, Of. Zagata, Of. Sims, Of. Donahue, and Of. Shook, SCI-Dallas 1000 Follies Road, Dallas, PA. 18612.

3. Geisinger,

You have been sued in court. You have 20 days to respond to the attached amended complaint. If you fail to do so, a judgment may be entered against you for the relief sought. Submit your answers and defenses with the Court as well as with the Plaintiff who can be reached at: Charles Talbert, QA4727, SCI-Camp Hill, P.O. Box 8837, 2500 Lisburn Road, Camp Hill, PA. 17001.

Clerk of Court

Dated:

Charles Talbert
QA4727
SCI-Camp Hill
PO Box 8837
2500 Lisburn Rd.
Camp Hill, PA 17001

LEGAL

To: Office of the Clerk
U.S. District Court
Middle District of PA
U.S. Courthouse
235 N. Washington Ave.
Scranton, PA. 18501-1148

RECEIVED
SCRANTON
SEP 15 2021
PER _____
DEPUTY CLERK


INMATE MAIL


U.S. POSTAGE PITNEY BOWES
ZIP 17011 $002.76
0000375947 SEP 13 2021