UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES TALBERT,                :

    Plaintiff            :     CIVIL ACTION NO. 3:21-1231

v.                              :           (JUDGE MANNION)

JOHN WETZEL, et al.,            :

    Defendants           :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions to dismiss Plaintiff's Complaint for failure to comply with Fed.R.Civ.P. 8(a)(2) and Fed.R.Civ.P. 20(a)(2) (Docs. 91, 92, 120) are **GRANTED** without prejudice.

2. Plaintiff shall **FILE** an Amended Complaint on or before January 4, 2022.

3. The Amended Complaint shall contain the same case number that is already assigned to this action, 3:21-cv-1231, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See Fed.R.Civ.P. 8(e).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court. See Fed.R.Civ.P. 20.

5. Plaintiff's motion to compel discovery (Doc. 112) is **DISMISSED** without prejudice to renewal after the resolution of any motions to dismiss directed at the second amended complaint.

6. Defendants' motions to stay discovery pending the resolution of Defendants' motions to dismiss Plaintiff's first amended complaint (Docs. 88, 123) are **DISMISSED** as moot.

7. Remaining Defendants' motion to dismiss the complaint (Doc. 121) and motion for summary judgment (Doc. 136) will be **DISMISSED** without prejudice to renewal.

8. Plaintiff's motions for judgment on the pleadings (Docs. 110, 132) and Defendants' motion to strike Plaintiff's motion (Doc. 143) are **DISMISSED** as moot.

9. Plaintiff's motion to appoint a medical and mental health expert (Doc. 130) is **DISMISSED** as premature.

10. Plaintiff's motions to depose (Docs. 77, 78) are **DISMISSED** without prejudice as premature.

11. Plaintiff's motion to consolidate cases (Doc. 67) is **DENIED**.

12. Plaintiff's motion for special relief (Doc. 82) is **DEEMED WITHDRAWN** for Plaintiff's failure to file a supporting brief in accordance with Local Rule 7.5.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: December 16, 2021
21-1231-01-ORDER