# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES TALBERT,** | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-1231 |
| v. | : (JUDGE MANNION) |
| **JOHN WETZEL, et al.,** | : |
| Defendants | : |

## ORDER

Upon consideration of Plaintiff's third amended complaint, filed in accordance with this Court's September 20, 2022 Memorandum and Order, requiring Plaintiff to file a third amended complaint raising only one of the four conditions set forth in his second amended complaint, (<u>See</u> Doc. 307),

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's third amended complaint (Doc. 315) is accepted as filed.

2. The Clerk of Court is directed to amend the docket sheet to reflect only the names of the Defendants named in the third amended complaint.

3. Defendants shall file a responsive pleading to the third amended complaint on, or before, **February 9, 2023**.

4. Defendants are directed to respond to Plaintiff's pending motion for preliminary injunction (Doc. 317) on, or before, **January 30, 2023**.

*/s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

Dated: January 20, 2023
21-1231-11