Charles Talbert  
No. QAY727  
SCI Coal Township  
1 Kelly Drive  
Coal Township, PA 17866

21-1231

March 24, 2023

Peter J. Welsh, Clerk  
US Courthouse  
PO Box 1148  
Scranton, PA 18501

RECEIVED SCRANTON  
MAR 29 2023  
PER ___ DEPUTY CLERK

Re: Talbert v. Wetzel, etal, No. 21-1231  
    Talbert v. DOC, etal, No. 21-1669  
    Talbert v. DOC, etal, No. 22-1814 (3rd Cir)  
    Talbert v. Beaver, etal, No. 22-0112  
    Talbert v. PSP, etal, No. 23-0039

Dear Mr. Welsh:

Due to a Settlement Agreement between me and the Commonwealth of Pennsylvania, please dismiss all Commonwealth Defendants from all above cases. Thanks!

Yours Truly,

Charles P.E. Talbert  
Legal Assistant Paralegal

