United States District Court
Middle District of Pennsylvania          March 24, 2023

Charles Talbert         No. 21-cv-1231
    vs.                    (Mannion)
John Wetzel, et al.   Motion To Dismiss

Plaintiff, Charles Talbert, hereby respectfully requests for this Court to dismiss this case and all Defendants herein with prejudice.

Respectfully submitted,

Charles P.E. Talbert
Legal Assistant - Paralegal

RECEIVED
SCRANTON
MAR 29 2023
PER Amo
DEPUTY CLERK

Charles Talbert
No. QA 4727
SCI Coal Township
1 Kelly Drive
Coal Township, PA,
17866

LEGAL

Mr. Peter J. Welsh, Clerk
U.S. Courthouse - Middle
PO Box 1148
Scranton, PA, 18501

RECEIVED SCRANTON
MAR 29 2023
PER ___ DEPUTY CLERK

HARRISBURG PA 171
27 MAR 2023 PM 2 L

RHU MAIL