UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-1231 |
| v. | : (JUDGE MANNION) |
| JOHN WETZEL, et al., | : |
| Defendants | : |

## ORDER

Upon consideration of Plaintiff's Request for Dismissal of Case with Prejudice, (Doc. 344), **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action is dismissed with prejudice against the Defendants.

MALACHY E. MANNION
United States District Judge

**Dated:** April 3, 2023
21-1231-12